# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRUCE P. KRIEMAN,

       Plaintiff,

       v.

267406 BC LTC, et al,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-363-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED on February 26, 2013, the Bankruptcy Court for the Eastern District of Washington entered an Order of Dismissal (Dkt. No. 388) under which defendants Edwin Holdner, Carmen Holdner, and Lroy Mann were dismissed from the underlying Adversary Action with prejudice. Therefore the Plaintiff's claims against said defendants are dismissed with prejudice in the District Court matter.

| | |
|---|---|
| March 20, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |