# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRUCE KRIEGMAN,

        Plaintiff,

        v.

473513 BC LTD, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-363-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED in accordance with Article IV.A.3 of the Chapter 11 Trustee's and Official Committee of Unsecured Creditors' Second Modified Plan in the underlying consolidated bankruptcy case, FRBP 7041 and FRCP 41(a)(1)(A), Plaintiff Bruce P. Kriegman, solely as Liquidating Trustee under the Plan, files this Notice of Dismissal for the dismissal of the Plaintiff's claims against the following Defendants: 267406 BC Ltd., Dorothy Alexander, Bob Alton, Bonnie Alton, Jeremy Andres, Kristen Andres, Harold Aronson, Amberlee Aronson, Wayne Barr, Evan Bawa, Steven Berndt, Ewan Berndt, Leah Bowie, Gary Smith, Rob Carol, Kim Carol, Steen Carstensen, George Cole, Linda Cole, Wayne Cressman, Cheryl Cressman, Susan Day, Freesia Dorval, Alena Dumont, Jean-Francois Dumont, Angela Freimuth, Troy Freimuth, Bill Godfrey, Janet Godfrey, Michelle Godfrey, Martin Goorts, Lorraine Goorts, Brenda Graham, Brenda Hahn, Marin Hyatt, Ken Ipsen, Shirley Ipsen, Alan Kemp, Christine Kemp, Frank LeClair, Mary LeClair, Myriad Investments, Ed Parent, Natalie Parent, Ann Patterson, Tristan Pope, Miranda Pope, Fred Rebelato, Laurenda Rebelato, Rist Accessories, Inc., Dave Sanderson, Marie Sanderson, Robert Scheck, Angela Scheck, Michelle Sherwood, Ted Snyder, Fay Snyder, Jeff Stephenson, Greyfriars Realty, Adele Trottier, Elizabeth VanDyk-Weinberger, Leonard Wruck, Elsie Wruck, Zannet Sprinkler Systems and James Zannett.  Defendants are dismissed with prejudice.

January 24, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer