AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRUCE KRIEGMAN,

        Plaintiff,

        v.

473513 BC LTD, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-363-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to FRBP 7041 and FRCP 41(a)(1)(A), Plaintiff Bruce P. Kriegman files this Notice of Dismissal as to only Defendant Hermail Brar. Plaintiff and Defendant have entered into a Settlement Agreement. The settlement provides that the Liquidating Trustee, as the successor Plaintiff in the relevant adversary proceeding, shall file a notice of dismissal for the dismissal with prejudice of the pending adversary proceedings against only Defendant Hermail Brar. Defendant Hermail Brar is dismissed from this action with prejudice.

February 1, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer