AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

BRUCE KRIEGMAN,

        Plaintiff,

          v.

473513 BC LTD, et al,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-363-RMP

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED in accordance with Article IV.A.3 of the Chapter 11 Trustee's and Official Committee of Unsecured Creditors' Second Modified Plan in the underlying consolidated bankruptcy case, FRBP 7041 and FRCP 41(a)(1)(A), Plaintiff Bruce P. Kriegman, solely as Liquidating Trustee under the Plan, files this Notice of Dismissal for the dismissal of the Plaintiff's claims against Defendants Gary and Loma Rae Kronebusch.  Defendants Gary and Loma Rae Kronebusch are dismissed with prejudice.

| | |
|---|---|
| March 12, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |