AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRUCE P. KRIEGMAN,

        Plaintiff,

        v.

267406 BC, LTD, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-363-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to FRBP 7041 and FRCP 41(a)(1)(A), it is hereby stipulated and agreed, by and among Plaintiff Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC, by and through his attorneys of record and defendant Carrera Stevens, that Plaintiff's Adversary Complaint for Avoidance of Transfers and Other Relief and the claims plead against only defendant Carrera Stevens be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

April 12, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer