UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>473513 BC, LTD., et al.,<br><br>Defendants. | NO:  CV-11-363-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>DEFAULT JUDGMENT AGAINST DEFENDANT TIFFANY OLSEN |

JUDGMENT SUMMARY

Judgment Creditor:    Bruce P. Kriegman, solely in his capacity as the
Liquidating Trustee under the Confirmed Plan of
the Debtor

DEFAULT JUDGMENT AGAINST DEFENDANT TIFFANY OLSEN ~ 1

| | |
|---|---|
| Attorneys for Judgment Creditor: | Witherspoon Kelley |
| Judgment Debtors: | Tiffany Olsen |
| Principal Amount of Judgment: | $36,117.42 CAD<br>$     250.00 US |
| Interest on Judgment: | Weekly Average of One-Year Constant Maturity (nominal) treasury yield as published by the Federal Reserve System (28 U.S.C. § 1961) |

The Court, having previously entered an Order Adopting the Bankruptcy Court's Report and Recommendation and Order of Default against Defendant Tiffany Olsen, ECF No. 122, and being fully apprised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendant Tiffany Olsen, as follows:

1. Monetary Judgment in the amount of CAD $36,117.42, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $17,412.50 made to Defendant within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

DEFAULT JUDGMENT AGAINST DEFENDANT TIFFANY OLSEN ~ 2

3.  Transfers in the amount of CAD $18,704.92 made to Defendant more than four years prior to the Petition Filing Date should be avoided and Plaintiff should be authorized to take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, and 551 and RCW 19.40.041(1) and RCW 19.40.071;

4.  All said transfers to Defendant Tiffany Olsen are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Tiffany Olsen for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551;

5.  All proofs of claim of Defendant which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendant Tiffany Olsen or any affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendant Tiffany Olsen shall not be entitled to collect on her proof of claim (Claim No. 327-1) until the monetary judgment is satisfied by Defendant Tiffany Olsen in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1), and 105(a);

6.  A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

/ / /

/ / /

DEFAULT JUDGMENT AGAINST DEFENDANT TIFFANY OLSEN ~ 3

1   7.  Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00

2  USD, for a total judgment of CAD $36,117.42, plus $250.00 USD, which shall

3  bear interest equal to the weekly average of one-year constant maturity (nominal)

4  treasury yield as published by the Federal Reserve System.

5      **IT IS SO ORDERED**.

6      The District Court Clerk is directed to enter this Judgment and provide

7  copies to counsel, Defendant, and Judge Patricia C. Williams.

8      **DATED** this 16th day of September 2013.

9

10                               *s/ Rosanna Malouf Peterson*
                               ROSANNA MALOUF PETERSON
11                          Chief United States District Court Judge

12

13

14

15

16

17

18

19

20

DEFAULT JUDGMENT AGAINST DEFENDANT TIFFANY OLSEN ~ 4