UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>267406 BC, LTD., et al.,<br><br>　　　　　　　　　Defendants. | NO:  CV-11-363-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT DARTANALI GEIB |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation for entry of Default Judgment against Defendant Dartanali Geib, BK ECF No. 534 and DC ECF No. 120.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists

ORDER ADOPTING G BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT DARTANALI GEIB ~ 1

1  pursuant to the entry of an Order of Default in the Bankruptcy Court on July 17,

2  2013, BK ECF No. 474, this Court hereby **ADOPTS** the Bankruptcy Court's

3  Report and Recommendation, ECF No. 120 and shall enter judgment accordingly.

4  **IT IS SO ORDERED**.

5  The District Court Clerk is hereby directed to enter this Order and to provide

6  copies to counsel, Defendant, and Judge Patricia C. Williams.

7  **DATED** this 16th day of September 2013.

8

9            *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
10           Chief United States District Court Judge