UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br>―――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>473513 BC, LTD., et al.,<br><br>　　　　　　　　Defendants. | NO:  CV-11-363-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT 473513 BC, LTD |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation for entry of Default Judgment against Defendant 473513 BC, LTD, ECF No. 121.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of an

ORDER ADOPTING G BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT 473513 BC, LTD ~ 1

1  Order of Default in the Bankruptcy Court on July 17, 2013, BK ECF No. 473, this

2  Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation,

3  ECF No. 121, and shall enter judgment accordingly.

4      **IT IS SO ORDERED**.

5      The District Court Clerk is hereby directed to enter this Order and to provide

6  copies to counsel, Defendant, and Judge Patricia C. Williams.

7      **DATED** this 16th day of September 2013.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge