1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

In Re:

LLS AMERICA, LLC,

                              Debtor,

10

11

BRUCE P. KRIEGMAN, solely in his
capacity as court-appointed Chapter 11
Trustee for LLS America, LLC,

12

                              Plaintiff,

13

v.

14

AMY BELLING, et al.,

15

                              Defendants.

NO:  CV-11-363-RMP

Bankr. Case No. 09-06194-PCW11
(Consolidated Case)

Adv. Proc. No. 11-80296-PCW11

ORDER ADOPTING BANKRUPTCY
COURT'S REPORT AND
RECOMMENDATION TO DISMISS
DEFENDANTS GRAHAM
CAMPBELL AND KEREN
CAMPBELL

16

17

18

19

20

**BEFORE THE COURT** is the Bankruptcy Court's Report and

Recommendation to dismiss Defendants Graham Campbell and Keren Campbell,

BKC ECF No. 425, and DC ECF No. 133.  Having reviewed the Report and

Recommendation and all relevant filings, and having found that good cause exists

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANTS GRAHAM CAMPBELL
AND KEREN CAMPBELL ~ 1

pursuant to the entry of an Order of Dismissal in the Bankruptcy Court on April

15, 2013, and no objection being filed by any party, this Court hereby **ADOPTS**

the Bankruptcy Court's Report and Recommendation, **ECF No. 133**.  Defendants

Graham and Keren Campbell are hereby **dismissed with prejudice** with each party

to bear their own attorneys' fees and costs.

      **IT IS SO ORDERED**.

      The District Court Clerk is hereby directed to enter this Order, **terminate**

**Graham Campbell** and **Keren Campbell** as defendants in this matter, and to

provide copies to counsel, Defendants, and Judge Patricia C. Williams.

      **DATED** this 16th day of September 2013.


          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANTS GRAHAM CAMPBELL
AND KEREN CAMPBELL ~ 2