UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                       Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                       Plaintiff,<br><br>v.<br><br>AMY BELLING, et al.,<br><br>                       Defendants. | NO: CV-11-363-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANT KIRKWOOD KITCHENS, INC. |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendant Kirkwood Kitchens, Inc., BKC ECF No. 548-1, and DC ECF No. 134.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the

1  entry of an Order of Dismissal in the Bankruptcy Court on August 22, 2013, and
2  no objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy
3  Court's Report and Recommendation, **ECF No. 134**.  Defendant Kirkwood
4  Kitchen, Inc. is hereby **dismissed with prejudice** with each party to bear their own
5  attorneys' fees and costs.

6  **IT IS SO ORDERED**.

7  The District Court Clerk is hereby directed to enter this Order, **terminate**
8  **Kirkwood Kitchens, Inc.** as a defendant in this matter, and provide copies to
9  counsel and to Judge Patricia C. Williams.

10  **DATED** this 16th day of September 2013.

              *s/ Rosanna Malouf Peterson*
              ROSANNA MALOUF PETERSON
              Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANT KIRKWOOD KITCHENS, INC. ~ 2