UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AMY BELLING, et al.,<br><br>　　　　　　　　Defendants. | NO: CV-11-363-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO GRANT COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT LISA SARAH OMAND |

**BEFORE** the Court is the bankruptcy court's report and recommendation to allow attorney Dillon E. Jackson and the law firm of Foster Pepper, PLLC, to withdraw as counsel for Defendant Lisa Sarah Omand, BKC ECF No. 451 and DC ECF No. 145.

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO GRANT COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT LISA SARAH OMAND ~ 1

Having reviewed the report and recommendation and all relevant filings, the Court finds that good cause exists to allow counsel to withdraw. Accordingly, **IT IS HEREBY ORDERED**:

1. The bankruptcy court's report and recommendation, **ECF No. 145**, is **ADOPTED**.

2. Mr. Jackson and Foster Pepper, PLLC are hereby withdrawn as attorney(s) for **Defendant Lisa Sarah Omand only**.

The District Court Clerk is directed to enter this Order, to terminate Dillon E. Jackson and Foster Pepper, PLLC as counsel for Defendant Lisa Sarah Omand, and to provide copies of this Order to counsel and to Defendant at her last known address of **#2-766 West 7th Avenue, Vancouver, BC V5Z 1B8**, and update CM/ECF accordingly.

**DATED** this 21st day of October 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge