UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br>_____<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>AMY BELLING, et al.,<br><br>                    Defendants. | NO:  CV-11-363-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO GRANT COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT JAN POWER |

**BEFORE** the Court is the bankruptcy court's report and recommendation to allow attorney Dillon E. Jackson and the law firm of Foster Pepper, PLLC, to withdraw as counsel for Defendant Jan Power, BKC ECF No. 455 and DC ECF No. 146.

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO GRANT COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT JAN POWER ~ 1

Having reviewed the report and recommendation and all relevant filings, the Court finds that good cause exists to allow counsel to withdraw. Accordingly, **IT IS HEREBY ORDERED**:

1. The bankruptcy court's report and recommendation, **ECF No. 146**, is **ADOPTED**.

2. Mr. Jackson and Foster Pepper, PLLC are hereby withdrawn as attorney(s) for **Defendant Jan Power**.

The District Court Clerk is directed to enter this Order, to terminate Dillon E. Jackson and Foster Pepper, PLLC as counsel for Defendant Jan Power, and to provide copies of this Order to counsel and to Defendant at her last known address of **Box 107, Westbridge, BC V0H 2B0, Canada**, and update CM/ECF accordingly.

**DATED** this 21st day of October 2013.

> *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO GRANT COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT JAN POWER ~ 2