UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMY BELLING, et al.,<br><br>　　　　　　　　　　Defendants. | NO: CV-11-363-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br>(Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENTAGAINST DEFENDANT 558778, BC, LTD |

**BEFORE THE COURT** is the parties' Stipulated Motion for Entry of Judgment under Rule 54(b) Against Defendant 558778 BC, Ltd., ECF No. 202. Having reviewed the motion and relevant filings, the Court finds good cause to grant the motion. Therefore, **IT IS HEREBY ORDERED** that the parties'

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENTAGAINST DEFENDANT 558778, BC, LTD 1

1   Stipulated Motion, **ECF No. 202**, is **GRANTED**.  The Court will enter Judgment

2   accordingly.

3         The District Court Clerk is directed to enter this Order and provide copies to

4   counsel, any pro se Defendants, and to Judge Frederick P. Corbit.

5         **DATED** this 14th day of January 2014.

                *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                Chief United States District Court Judge