UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                            Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                            Plaintiff,<br><br>v.<br><br>AMY BELLING, et al.,<br><br>                            Defendants. | NO: CV-11-363-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>**JUDGMENT AGAINST DEFENDANT 558778 BC, LTD** |

**JUDGMENT SUMMARY**

1. Judgment Creditor:                Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC

2. Attorneys for Judgment Creditor:   Witherspoon Kelley

3. Judgment Debtors:                558778 BC, Ltd

JUDGMENT AGAINST DEFENDANT 558778 BC, LTD ~ 1

| | | |
|---|---|---|
| 4. | Attorneys for Judgment Debtors: | Foster Pepper, PLLC |
| 5. | Judgment Amount (Principal): | $12,000.00 CAD |
| 6. | Prejudgment Interest at .47% (07/21/09 - 1/21/14) | $    254.34 CAD |
| 7. | Total Judgment: | $12, 254.34 CAD |
| 8. | Interest Rate on Judgment: | .13% (28 USC § 1961) |

The District Court Clerk is directed to enter judgment, **terminate Defendant 558778 BC, Ltd**. as a Defendant in this cause, and provide copies of this Judgment to counsel, any pro se Defendants, and to Judge Frederick P. Corbit.

**DATED** this 14th day of January 2014.

                                     *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                         Chief Untied States District Court Judge