# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. CV-11-00363-RMP |
| LLS AMERICA, LLC et al., | Bankruptcy Case No. 09-06194-PCW11 (Consolidated Case) |
| Consolidated Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as Liquidating Trustee, | Adv. Proc. No. 11-80296-PCW11 |
| Plaintiff, | JUDGMENT AGAINST CHANTELLE CLARKE |
| v. | |
| 267406 BC LTD., et al., | |
| Defendants. | |

## I. JUDGMENT SUMMARY

1. Judgment Creditor:   Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor:   Witherspoon Kelley

JUDGMENT AGAINST CHANTELLE CLARKE ~ 3

3. Judgment Debtors:        Chantelle Clarke

4. Attorneys for Judgment
   Debtors:                 Foster Pepper, PLLC

5. Judgment Amount
   (Principal):             $12,429.50 CAD

6. Prejudgment Interest at .47%
   (07/21/09-01/21/14):     $     263.44 CAD

7. Total Judgment           $12,692.94 CAD

8. Interest Rate on Judgment:   .13%  (28 USC § 1961)

## II. JUDGMENT

This matter having come before this Court on the Stipulation for Entry of Judgment executed by counsel for the respective parties and by Defendant Chantelle Clarke, and the Court being fully advised, IT IS THEREFORE,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff's Stipulated Motion for Entry of Judgment under Rule 54(b), **ECF No. 211**, is **GRANTED**. Judgment is entered as follows:

Plaintiff Bruce P. Kriegman, solely in his capacity as the Trustee under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan of LLS America, LLC, is hereby, awarded judgment against Defendant Chantelle Clarke in the principal amount of $12,429.50 CAD, plus prejudgment interest in the

JUDGMENT AGAINST CHANTELLE CLARKE ~ 3

amount of $263.44 accrued from July 21, 2009, through January 21, 2014, at the rate of .47% per annum, for a total judgment of $12,692.94 CAD, with post-judgment interest accruing thereon at the United States Federal judgment rate pursuant to 28 USC § 1961(a), which is currently .13% per annum, to be compounded annually.

The District Court Clerk is directed to enter this Judgment, **terminate Chantelle Clarke** as a defendant in this case, and provide copies of this Judgment to counsel, any pro se defendants, and to Judge Frederick P. Corbit.

**DATED** this 17th day of January 2014.

>  *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Chief United States District Court Judge

JUDGMENT AGAINST CHANTELLE CLARKE ~ 3