UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br>---<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>267406 BC LTD, et al.,<br><br>　　　　　　　　Defendants. | NO: CV-11-363-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER GRANTNG STIPUALATED MOTION TO DISMISSING AMNIC HOLDINGS, LTD |

**BEFORE** the Court is Plaintiff's Stipulated Motion for Dismissal of Amnic Holdings, Ltd. as a defendant in this matter, ECF No. 216.  Having reviewed said motion and the file and pleadings therein, the Court finds good cause to approve dismissal of the named defendant.  Accordingly, **IT IS HEREBY ORDERED** that

ORDER GRANTNG STIPUALATED MOTION TO DISMISSING AMNIC HOLDINGS, LTD ~ 1

1  Plaintiff's Stipulated Motion to Dismiss Amnic Holdings, Ltd. with Prejudice,

2  **ECF No. 216,** is **GRANTED**.  Defendant Amnic Holdings, Ltd. is hereby

3  dismissed with prejudice and without costs as to either party.

4      The District Court Clerk is directed to enter this Order and provide copies of

5  this Order to counsel, and **close** this case

6      **DATED** this 13th day of March 2014.

8                    *s/ Rosanna Malouf Peterson*
                 ROSANNA MALOUF PETERSON

9                Chief United States District Court Judge

ORDER GRANTNG STIPUALATED MOTION TO DISMISSING AMNIC HOLDINGS, LTD ~ 2